**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

In re:

                                                           Chapter 13
                                    Case No.: 6:18-bk-03814-CCJ

**CAL HIRAM STUBBS**,

    Debtor.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that Chase A. Berger, Esq. and Ghidotti Berger, LLP hereby enter their appearance as counsel for Secured Creditor, **U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF BUNGALOW SERIES III TRUST** ("Secured Creditor"), in these proceedings.

All parties shall take note that all future pleadings, notices, correspondence and all other pertinent data pertaining to the above-styled matter shall be forwarded to the undersigned counsel at the address listed below.

**Dated this 18th day of August, 2018.**

                                            Respectfully submitted,

                                            **GHIDOTTI | BERGER, LLP**
                                            *Attorneys for Secured Creditor*
                                            3050 Biscayne Blvd. - Suite 402
                                            Miami, Florida 33137
                                            Telephone: (305) 501.2808
                                            Facsimile: (954) 780.5578

                                            By:   /s/ Chase A. Berger
                                                  Chase A. Berger, Esq.
                                                  Florida Bar No. 083794
                                                  cberger@ghidottiberger.com

## CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

By:     /s/ Chase A. Berger
        Chase A. Berger, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on <u>August 18, 2018</u>, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

*Debtor*
**Cal Hiram Stubbs**
2310 Carlton Road
Maitland, FL 32751

*Debtor's Counsel*
**Adam G. Russo, Esq.**
5728 Major Blvd. - Suite 735
Orlando, FL 32819

*Trustee*
**Laurie K. Weatherford**
P.O. Box 3450
Winter Park, FL 32790

*U.S. Trustee*
**United States Trustee - ORL7/13, 7**
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

By:     /s/ Chase A. Berger
        Chase A. Berger, Esq.